**Order filed, August 13, 2021.**



**In The**

**Fourteenth Court of Appeals**

_____

**NO. 14-21-00327-CV**

_____

**REGGIE JOHNSON, JACKIE JOHNSON, LINDA WILLIAMS, JESSE PATRICK, KAREN ROBINSON, AND DERRICK REED, Appellant**

**V.**

**GREEN VALLEY PLACE COMMUNITY IMPROVEMENT ASSOCIATION, Appellee**

---

**On Appeal from the 458th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 20-DCV-271969**

---

**ORDER**

The reporter's record in this case was due **July 26, 2021**. *See* Tex. R. App. P. 35.1. On **July 27, 2021**, the court sent notice that the reporter's record was past due. To date, the record has not been filed with the court. Because the reporter's record was not filed within the time prescribed, we issue the following order.

We order **Gina Jackson**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Jewell, Spain, and Wilson.